**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
WESLEY J. SMITH, ESQ. (11871)
LAURA J. WOLFF, ESQ. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: kbc@cjmlv.com, wes@cjmlv.com, ljw@cjmlv.com
*Attorneys for Board of Trustees of*
*Painters & Floorcoverers Joint Committee*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF PAINTERS & FLOORCOVERERS JOINT COMMITTEE;<br><br>Plaintiff,<br><br>vs.<br><br>PRACTICAL FLOORING, INC., a Nevada corporation; DANETTE LEE ROYBAL, an individual; LEO BERNARD ROYBAL, JR., an individual; PLATTE RIVER INSURANCE COMPANY, a Wisconsin corporation; DOES I-X, inclusive; ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-02188-APG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

The Plaintiff, the Board of Trustees of the Painters & Floorcoverers Joint Committee ("Plaintiff" or "Joint Committee"), and Defendants Practical Flooring, Inc. ("Practical Flooring"), Danette Lee Roybal ("D. Roybal"), and Leo Bernard Roybal, Jr. ("L. Roybal") (Practical Flooring, D. Roybal, L. Roybal, and Platte River collectively the "Defendants"), each acting by and through their undersigned counsel or corporate officer, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree as follows:

1. Prior to the execution of this Stipulation, the Plaintiff and Practical Flooring, Inc. entered into an Amended Judgment by Confession ("Amended Judgment") on November 17, 2015, in favor of the Joint Committee and the Trust Funds and against Practical Flooring, Inc. in the total sum of Fifty Two Thousand Six Hundred Twenty and 33/100 Dollars ($52,620.33) ("Judgment Amount"), which sum includes all known fringe benefit contributions owed to the Trusts for work performed during the period of August 1, 2011 and September 30, 2015 ("Judgment Period"), plus pre-judgment interest, liquidated damages, audit fees, attorney's fees and costs.

2. As an express condition for entering into a resolution with the Practical Flooring, Inc. by way of the Amended Judgment to resolve known claims for past due fringe benefit contributions and rather than incur the expense of litigating the same, Practical Flooring, Inc. agreed to remain current on its monthly obligations to the Trusts, imposed by the CBA and Trust Agreements, by timely reporting and paying all fringe benefit contributions for covered work, if any, as they become due during the course of the payout under the Amended Judgment, which payout is scheduled to be completed by October 21, 2017.

3. Subsequent to execution of the Amended Judgment, Practical Flooring, Inc. incurred additional delinquencies owed to the Trusts, as discovered by an audit of Practical Flooring, Inc.'s payroll records for the period of June 1, 2014 through March 31, 2016 ("Audit Period") and a review of Practical Flooring, Inc.'s remittance reports through the December 2016 work month. Avoiding delinquencies such as these is a material condition of the Amended Judgment and these additional delinquencies, at least in part, gave rise to the filing of the Complaint in this action.

4. On December 15, 2016, the Joint Committee filed its First Amended Complaint [ECF No. 5] ("Complaint") in this matter to enforce terms of the Floorcoverers Master Agreement between IUPAT District Council 15, Floorcoverers

Union Local No. 1512 and the Southern Nevada Chapter of the Painting and Decorating Contractors of America ("CBA") requiring Practical Flooring to: a) provide to the Joint Committee a surety bond in the amount of $50,000 to guarantee payment of fringe benefit contributions under the CBA; b) pay past due fringe benefit contributions and related damages; and c) timely submit reports and payments for fringe benefit contributions as required by the CBA going forward.

5. Following the filing of the Complaint, Practical Flooring, Inc. provided to the Joint Committee a surety bond in the amount of $50,000, as required by the CBA.

6. Following the filing of the Complaint, Practical Flooring, Inc. paid all past due fringe benefit contributions and related damages that had accrued after execution of the Amended Judgment for all work months through December 2016, thus leaving only the delinquencies covered by the Amended Judgment. Practical Flooring, Inc. has committed to continuing the monthly payments required by the Amended Judgment. Nothing herein shall be construed to dismiss the Amended Judgment or the obligations thereunder.

7. In order to avoid further issues and delinquencies, Practical Flooring, Inc. hereby stipulates to cooperate with the Trusts in timely reporting and paying all contributions that become due, if any, while any portion of the Judgment Amount remains unpaid or for six months from the date of this Stipulation, whichever is longer. Practical Flooring, Inc. shall timely remit reports to the Trusts listing the hours worked by employees performing bargaining unit work, if any, and shall timely submit payment to the Trusts to pay for such hours. These reports shall be delivered to the Trusts or their designee on a weekly basis, due on the Wednesday following the normal Friday payday. Payment for contributions reported will continue to be due and payable on the fifteenth day of the month following the month in which the hours were worked.

8. The Complaint did not address any claims for wages that may be owed pursuant to the CBA and this Stipulation shall not be construed to waive any wage claims that may exist for the same time periods addressed in the Complaint or the Amended Judgment.

9. Further, the Parties acknowledge and agree that the Trusts have not audited Practical Flooring, Inc.'s payroll records for any period after the Audit Period (April 1, 2016 to current), and that additional claims may be discovered upon an audit of this period. The Trusts reserve all audit rights.

10. The Court shall retain jurisdiction to enforce the terms of this Stipulation.

11. All matters asserted in the Complaint having been resolved, the Parties agree that dismissal is appropriate.

12. By this Stipulation, the Complaint in this matter shall be and is dismissed with prejudice.

Dated this 13th day of March, 2017.

| **CHRISTENSEN JAMES & MARTIN** | **PRACTICAL FLOORING, INC.** |
|---|---|
| By: /s/ Wesley J. Smith<br>Wesley J. Smith, Esq.<br>Nevada Bar No. 11871<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Ph: (702) 255-1718<br>Email: wes@cjmlv.com<br>*Attorneys for Plaintiff Board of Trustees of the Painters and Floorcoverers Joint Committee* | By: _____<br><br>Its: _____<br><br>**KUNG & BROWN**<br><br>By: /s/ Georlen K. Spangler<br>Georlen Spangler, Esq.<br>Nevada Bar No. 3818<br>214 South Maryland Pkwy.<br>Las Vegas, Nevada 89101<br>Tel: (702) 382-0883<br>Email: jspangler@ajkunglaw.com<br>*Attorneys for Defendants Practical Flooring, Inc., Danette Lee Roybal, and Leo Bernard Roybal, Jr.,* |

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

8. The Complaint did not address any claims for wages that may be owed pursuant to the CBA and this Stipulation shall not be construed to waive any wage claims that may exist for the same time periods addressed in the Complaint or the Amended Judgment.

9. Further, the Parties acknowledge and agree that the Trusts have not audited Practical Flooring, Inc.'s payroll records for any period after the Audit Period (April 1, 2016 to current), and that additional claims may be discovered upon an audit of this period. The Trusts reserve all audit rights.

10. The Court shall retain jurisdiction to enforce the terms of this Stipulation.

11. All matters asserted in the Complaint having been resolved, the Parties agree that dismissal is appropriate.

12. By this Stipulation, the Complaint in this matter shall be and is dismissed with prejudice.

Dated this ___ day of March, 2017.

**CHRISTENSEN JAMES & MARTIN**

By: /s/ Wesley J. Smith
Wesley J. Smith, Esq.
Nevada Bar No. 11871
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Ph: (702) 255-1718
Email: wes@cjmlv.com
*Attorneys for Plaintiff Board of Trustees of the Painters and Floorcoverers Joint Committee*

**PRACTICAL FLOORING, INC.**

By: Danette Raybal
Its: President

**KUNG & BROWN**

By: _____
Georlen Spangler, Esq.
Nevada Bar No. 3818
214 South Maryland Pkwy.
Las Vegas, Nevada 89101
Tel: (702) 382-0883
Email: jspangler@ajkunglaw.com
*Attorneys for Defendants Practical Flooring, Inc., Danette Lee Roybal, and Leo Bernard Roybal, Jr.,*

**IT IS SO ORDERED.**

Dated: March 14, 2017.

_____
UNITED STATES DISTRICT JUDGE

-4-